## AFFIDAVIT

1.  I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2023. I am currently assigned to the Boston Division, Portland Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and distribution of child pornography. I have received formal and on-the-job training in the investigation of cases involving the sexual exploitation of children. As a Special Agent, through my training, education, and experience, I have become familiar with the efforts of persons involved in criminal activity to avoid detection by law enforcement, to include matters involving sexual exploitation of children. I have worked and consulted with highly experienced law enforcement professionals who are skilled in working cases involving sexual exploitation of children. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.

3.  The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation.

## PROBABLE CAUSE

4.  On March 21, 2024, Calais Police Department referred an incident to me regarding an allegation that Kuhas Polchies was impersonating an individual (V1) and had transmitted, unsolicited, child sexual abuse material (CSAM) that he produced of V1 to another Facebook user.

3

5. I reviewed screenshots provided by Calais Police Department of a Facebook Messenger chat that appeared to take place on February 20, 2024. The text chat was between an individual (FACEBOOK USER 1), that is alleged to be Polchies, who was using a Facebook account that appeared to belong to V1 (FACEBOOK ACCOUNT 1/FA1). In this chat, FACEBOOK USER 1, using FA1, transmitted what appeared to be sexually explicit photos and videos of V1 via Facebook Messenger as part of an unsolicited sexting chat.

6. V1 stated during an interview that all referenced images and videos transmitted by FACEBOOK USER 1 that depict V1 with blue dyed hair, or include depictions of V1's genitals, were produced by Polchies when V1 was 15 years old.

## LINKING FACEBOOK ACCOUNT 1 (FA1) TO POLCHIES

7. On or about April 22, 2024, I requested preservations and subpoenas be sent to Meta Platforms for subscriber/account information, including name, date of birth, address, phone number, email address, registration date, registration IP address, and any other identifying information, as well as all IP logins, for the period January 22, 2024 to April 22, 2024 for the following Facebook profiles:

- Unique ID ending in 1010 (FA1; the account from which the above photos and videos were transmitted on February 20, 2024).

- Unique ID ending in 5267 (FA2; another account that previously to belonged to V1 is alleged to now be controlled by Polchies and inaccessible to V1.).

- Unique ID ending in 5638 with vanity name "kuhas.polchies" (FA3; a Facebook account that allegedly belongs to the Polchies). The Facebook subpoena return included phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed

4

phone number to verify control over the phone number. Cellular phone number 207-214-8210 was verified on June, 26, 2020 according to the subpoena return, which is the most recent phone number verified on this account.

- Unique ID ending in 0736 with vanity name "kuhas.polchies.908" (FA4; a second Facebook account that allegedly belongs to the subject).

8. On April 29, 2024, pursuant to Administrative Subpoena 959441, served via email on the same date, Pioneer Broadband provided subscriber information for several IP addresses associated with repeatedly logging into and out of the above referenced Facebook accounts. An excerpt of Facebook in/out information below illustrates user overlap among the above referenced Facebook accounts:

- 74.221.77.201 on 4/22/2024 at 14:29:16 UTC [gleaned from Facebook account, unique ID ending in 1010 (FA1)]

- 74.221.77.201 on 4/22/2024 at 14:28:38 UTC [gleaned from the "Kuhas Polchies" Facebook account, vanity name kuhas.polchies, unique ID ending in 5638 (FA3)]

- 74.221.75.123 on 3/22/2024 at 10:11:24 UTC [gleaned from Facebook account, unique ID ending in 1010 (FA1)]

- 74.221.75.123 on 3/22/2024 at 10:11:25 UTC [gleaned from the "Kuhas Polchies" Facebook account, vanity name kuhas.polchies, unique ID ending in 5638 (FA3)]

- 74.221.75.123 on 3/22/2024 at 11:05:47 UTC [gleaned from the "Kuhas Polchies" Facebook account, vanity name kuhas.polchies.908, unique ID ending in 0736 (FA4)]

- 74.221.75.123 on 2/20/2024 at 14:55:41 UTC [gleaned from Facebook account, unique ID ending in 1010 (FA1)]

- 64.89.247.167 on 4/5/2024 at 23:32:44 UTC [gleaned from Facebook account, unique ID ending in 1010 (FA1)]

- 64.89.247.167 on 4/5/2024 at 23:58:24 UTC [gleaned from the "Kuhas Polchies" Facebook account, vanity name kuhas.polchies, unique ID ending in 5638 (FA3)]

9. The Pioneer Broadband response showed that all above referenced IP addresses resolved to an account in the name of Kuhas Polchies at a residence in Indian Township, Maine.

## SEARCH WARRANT EXECUTION

10. On May 23, 2024, the Federal Bureau of Investigation (FBI) executed a search warrant at Polchies' residence in Indian Township, Maine, the same address associated with his Pioneer service. While the residential search warrant was underway, Polchies stated, during a voluntary, non-custodial interview with me and FBI Special Agent Jose Rodriguez-Aguilar, that he regularly clicks on links posted on Reddit and Telegram that navigate to websites containing child pornography, among other types of pornography. However, Polchies stated he only clicks on these links to look at pornography depicting adults above the age of 18 years old.

11. Polchies stated during a non-custodial, voluntary interview with FBI Special Agent Marc Toulouse that he and V1 have known each other since elementary school and started dating

6

when V1 was fifteen years old and Polchies was twenty years old. Polchies stated he started taking pictures and videos of V1 when she was 16 years old and Polchies was 21 years old. Polchies said that he sent sexually explicit pictures and videos of both he and V1 as well as just V1 while using V1's old Facebook account that he still had access to at the time of the search warrant. Polchies estimated that he used V1's account to send pictures and videos to five different social media accounts that he found in V1's Facebook contacts. Polchies further stated that the pictures and videos consisted of pictures of V1's breasts and buttocks and some videos of her masturbating, but could not remember exactly what he sent. He estimated that he sent a total of one hundred pictures and videos to the five different accounts, and of those pictures and videos, fifteen to twenty were of V1 when they were sixteen years old.

12. Polchies also stated that he sent fifty to one hundred pictures and videos of V1 using one of his social media accounts. Of the fifty to one hundred pictures and videos, he estimated that fifteen to twenty were of V1 when they were sixteen years old.

13. Polchies remembered taking naked pictures of V1 in a tiny house and at his father's residence in Waite, Maine.

### IDENTIFICATION OF CHILD SEXUAL ABUSE MATERIAL

14. Based on the above facts and upon review of the images, four photos and two screenshots of videos transmitted by FA1 on about February 20, 2024 appeared to constitute child pornography as defined by 18 U.S.C. § 2256(2)(A)(v) as lascivious exhibition of the anus, genitals, or pubic area of any person. One of these is a nude photo of V1 with blue dyed hair laying on her back with their legs spread apart to show a close-up image of her exposed vagina. This image or an image taken at the same time was later recovered from Polchies' iPhone as described below as Exhibit 1.

15. On May 23, 2024, the day of the search warrant, I conducted a cursory preview of two smart phones that were located under a laundry basket in what appeared to be Polchies' bedroom closet to attempt to identify the sexually explicit images of V1 that were allegedly transmitted by Polchies on Facebook using V1's Facebook account. While previewing Polchies' phone camera rolls, I saw numerous pornographic images of young women, many of which it could not be determined by cursory review to be above the age of 18 years old.

16. While scrolling through the black iPhone camera roll, I located multiple images in the phone camera roll that appeared identical to the referenced images in the facebook communications, including Exhibit 1.

17. I entered the interview room where Polchies was being interviewed by SA Tolouse. After confirming the phones belonged to Polchies, I showed Polchies three nude images of V1 that appeared identical to those that were sent from V1's Facebook account. Polchies stated that he took all three pictures with his phone. I then showed Polchies the date time stamp that was readily visible at the top of each of the three referenced images of V1 in the camera roll and asked Polchies, based on the dates, "wouldn't that make [V1] fifteen when you took the pictures?" Polchies agreed that would be true.

18. These and other images of V1 were also identified in a forensic search of the phone described above. Exhibit 1 is an image, with a creation date of December 20, 2017, that appears identical to the image described in Paragraph 14, above. This image was in the user accessible space on the phone. EXIF data from this phone indicates that it was produced using an iPhone 7. I know from my experience that all iPhones are manufactured outside the United States.

19. The forensic review of the iPhone 14 seized from Polchies also revealed dozens of images of child pornography associated with the use of the Telegram messaging app. Telegram is

8

a foreign-based, end-to-end encrypted application that uses the internet to share communication, including images and videos. The forensic data associated with these images indicate that they came to Polchies' device at various times, with a large concentration of activity in January 2024.

## CONCLUSION

20. Based on the above, I have probable cause to believe Polchies knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that had moved in interstate and foreign commerce. I respectfully request that the Court charge Kuhas Polchies pursuant to Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

21. I, Craig Mehrmann, herby swear under oath that the information set forth in the Affidavit is true and correct to the best of my knowledge, information, and belief, and make this oath under the pains and penalties of perjury.

Craig Mehrmann
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 21 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

9